# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITE CHEMICAL ANALYSIS LABS, LLC, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>PRIDE ANALYTICS AND CONSULTING, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:24−cv−05311<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

To:  All Counsel Appearing of Record

___  Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  __Eastern__  Division.

This case has been reassigned to case number  __5:24−cv−01349−MWF (RAOx)__  and has been assigned to  __Judge Michael W. Fitzgerald__  for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby assigned to __Magistrate Judge Rozella A. Oliver__  for:

  X  any discovery and/or post-judgment matters that may be referred.

  ___  for all proceedings in accordance with General Order 05-07.

All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  __5:24−cv−01349−MWF (RAOx)__. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**Please be advised that no further filings may be made under case number  __2:24−cv−05311__. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

        Clerk, U.S. District Court

        By:  /s/ *Estrella Liberato*
         Estrella_Liberato@cacd.uscourts.gov
        Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*